UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WANDA H. BANKS

VERSUS

WALMART MARKET
MANAGEMENT

CIVIL ACTION

NO. 15-182-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued March 23, 2016 to which an objection was filed:

**IT IS ORDERED** that this matter is dismissed pursuant to 28 U.S.C. § 1915(e) for failure of the Plaintiff to state a claim on which relief may be granted.

Signed in Baton Rouge, Louisiana, on <u>April 6, 2016</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA